# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TERRY DON BEAVER,**     **PLAINTIFF**
**ADC #657603**

**v.**     **CASE NO. 4:17CV00289 BSM**

**TIM RYALS, et al.**     **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Jerome T. Kearney has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, defendants C. Reedmiller and Faulkner County are dismissed without prejudice.

IT IS SO ORDERED this 19th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE