# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SAM EDWARD THURMOND, SR., ADC #127149;                      PLAINTIFFS
KHALAN ELLINGTON, ADC #655082;
RASHAN DIXON, ADC #108165;
BOBBY RAY WYLES, JR., ADC #149401;
TERRY DON BEAVER, ADC #657603;
JEREMY TODD HALEY

v.                        4:17CV00222-BSM-JTK
                           4:17CV00223-BSM-JTK
                           4:17CV00224-BSM-JTK
                           4:17CV00248-BSM-JTK
                           4:17CV00289-BSM-JTK
                           4:17CV00368-BRW-JTK

TIM RYALS, Sheriff, Faulkner County; et al.                           DEFENDANTS

## **ORDER**

The parties' joint Motion to Dismiss due to settlement (Doc. No. 128) is GRANTED.

This case is hereby DISMISSED with prejudice, and the September 7, 2021 jury trial is VACATED.

This Court shall retain jurisdiction over this matter for forty-five days from the date of this Order.[1]

An appropriate Judgment shall accompany this Order

---

[1] See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375 (1994).

IT IS SO ORDERED this 4th day of August, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE